1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11
UNITED STATES OF AMERICA,        )   Case No.      06cr2326 WQH
12                                   )
                  Plaintiff,         )
13                                   )
          v.                         )   **ORDER** TRANSFERRING
14                                   )   06cr2326-WQH TO THE HONORABLE
JUAN CARLOS REYES-CORTES,            )   THOMAS J. WHELAN
15                                   )
                  Defendant.         )
16  _____ )

17

18        Based on the joint motion of the parties and the Honorable Thomas J. Whelan's indica-

19  tion that he has no objection to the proposed transfer (*see* 06cr0356-W Document Number 35

20  "Docket Text"), the Court **ORDERS** that this case be transferred to Judge Whelan.

21        **IT IS SO ORDERED.**

22  DATED:  January 5, 2007

23                                   *William Q. Hayes*

24                                   **WILLIAM Q. HAYES**
                                     United States District Judge

25

26

27

28